IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WEYERHAEUSER COMPANY,

      Appellant,

v.

RANDALL LAMBERT, the Litigation
Claims Representative for the
Chapter 11 Bankruptcy Estate of
Paragon Trade Brands, Inc.,

      Respondent.

CIVIL ACTION NO.
1:05-CV-1144-JEC

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ORDER AND OPINION

This case is presently before the Court on Weyerhaeuser's appeal from the bankruptcy court's order granting summary judgment to Paragon and entering judgment against Weyerhaeuser after a trial on damages. (Weyerhaeuser's Notice of Appeal [2].) Paragon has filed a cross-appeal. (Paragon's Notice of Cross-Appeal [3].)

Paragon has also filed a Motion for Leave to File Post-Hearing Brief [50], and a Motion to Supplement the Record [52]. The Court has reviewed the record and concludes that Paragon's Motion for Leave to File Post-Hearing Brief [50] should be **DENIED** and Paragon's Motion to Supplement the Record [52] should be **GRANTED.**

The appeals, themselves, remain under advisement by the Court.

AO 72A
(Rev.8/82)

This  26  day of MARCH, 2007.

*[signature]*
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE